231 F.3d 1140 (9th Cir. 2000)
 ALFRED ARTHUR SANDOVAL, PETITIONER-APPELLEE,
v.
ARTHUR CALDERON, WARDEN OF THE CALIFORNIA STATE PRISON AT SAN QUENTIN, RESPONDENT-APPELLANT.
ALFRED ARTHUR SANDOVAL, PETITIONER-APPELLANT,
v.
ARTHUR CALDERON, WARDEN OF THE CALIFORNIA STATE PRISON AT SAN QUENTIN, RESPONDENT-APPELLEE.
 No. 99-99010,, No. 99-99013
 U.S. Court of Appeals, Ninth Circuit
 Argued and Submitted June 13, 2000--San Francisco, California
November 06, 2000
 
 1
 NOTE: SEE AMENDED OPINION AT 241 F.3d 765.